**Order entered November 28, 2022**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00479-CR

**CARLOS RAMON ESPINOZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-81351-2021**

## ORDER

After our opinion in this case issued, appellant filed two pro se motions—a motion to have the appellate record provided to him free of charge and a motion to compel his attorney to provide him with the case file. Appellant was and is represented by appointed counsel in this appeal. *See* TEX. CODE CRIM. PROC. ANN. art. 26.04(j). He has no right to "hybrid representation." *See Ex parte Bohannan*, 350 S.W.3d 116, 116 n.1 (Tex. Crim. App. 2011). Accordingly, appellant's November 16, 2022 pro se motions present nothing for review and are **DENIED**.

/s/    AMANDA L. REICHEK
JUSTICE